IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMIAN JAMES,<br>REG 07310-025,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>        Respondent. | Case No. 19-CV-00327-NJR |

## NOTICE OF IMPENDING DISMISSAL

**ROSENSTENGEL, Chief Judge:**

This case was opened on March 13, 2019, in the United States District Court, Central District of California, with an unsigned Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1). A week later, the case was transferred to this Court from the Central District of California. (Doc. 5).

On March 21, 2019, the Court issued an Order directing Petitioner to submit a properly signed Petition by April 18, 2019. (Doc. 8). Petitioner was notified that failure to comply with the Order would result in the striking of the Petition and dismissal of this action. *Id.* To enable Petitioner to comply with the Order, the Clerk of Court mailed to Petitioner a copy of the Petition along with a copy of the Order and a blank Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 form. *Id.*

To date, Petitioner has not submitted a properly signed Petition. Federal Rule of Civil Procedure 11(a) requires that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." The Court will

grant Petitioner another opportunity to comply with Rule 11(a) and the Court's Order. To proceed with this action, Petitioner is **ORDERED** to submit a properly signed Petition, including exhibits, by **June 3, 2019**. The signed Petition should be mailed to the Clerk of Court at the following address: United States District Court—Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. To enable Petitioner to comply with the Order, the Clerk of Court is **DIRECTED** to return a copy of the Petition along with a copy of this Order and a blank Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 form. *Id.*

Plaintiff is **ADVISED** that he is under a continuing obligation to keep the Clerk of Court informed of any change in his address; the Court will not independently investigate his whereabouts. This shall be done in writing and not later than **7 days** after a transfer or other change in address occurs.

**FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DISMISSAL OF THIS ACTION FOR WANT OF PROSECUTION AND/OR FOR FAILURE TO COMPLY WITH A COURT ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(B).**

IT IS SO ORDERED.

DATED:  May 2, 2019

_____
**NANCY J. ROSENSTENGEL
Chief U.S. District Judge**